LHE:LK
F. #2023R000161

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

~~MILTON AREVALO,~~
Milton Oswaldo Arevalo Vasquez
        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 23-87 (S-1) (KAM)
(T. 18, U.S.C., §§ 2422(b); 2428(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

THE GRAND JURY CHARGES:

## COERCION AND ENTICEMENT OF A MINOR

1. In or about between July 1, 2016 and July 1, 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MILTON AREVALO, using one or more facilities and means of interstate and foreign commerce, to wit: a mobile telephone, a tablet, and the Internet, did knowingly and intentionally persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit: an individual whom AREVALO knew to be between the ages of ten and thirteen, to engage in sexual activity for which a person can be charged with one or more criminal offenses, to wit: criminal sexual act in the first degree, in violation of New York Penal Law Section 130.50, and criminal sexual act in the second degree, in violation of New York Penal Law Section 130.45.

(Title 18, United States Code, Sections 2422(b) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with

## CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428(a), which requires the forfeiture of (a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense; and (b) any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

3.  If the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428(a); Title 21, United States Code, Section 853(p))

By _[signature]_, A.U.S.A.
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00161
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MILTON OSWALDO AREVALO VASQUEZ,

Defendant.

# SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 2422(b); 2428(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Lindsey Keenan, Special Assistant U.S. Attorney (212) 637-1565*